# MEMO ENDORSED <s>MEMORANDUM</s>

TO: <u>HONORABLE DENNY CHIN</u>
     U.S. District Court Judge

FROM: <u>MICHAEL FITZPATRICK</u>
      Chief Pretrial Services Officer



RE: Cannella, Stanley
DOCKET #: <u>07 CR 472</u>


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2008

The attached memorandum was prepared by Pretrial Services Officer, Lisa Chan 212-805-4131 will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[✓]    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]    My office will inform all parties concerned that I will conduct a Bail Review Hearing in

        Courtroom # _____ on _____ at _____ .
                          Date         Time

[ ]    So Ordered: _____[signature]_____    WDJ 1/18/08

[ ]    I request that a Bail Review Hearing be conducted by:

        [ ]    The presiding Magistrate Judge in courtroom # 5A.

        [ ]    The District Court Judge presiding in Part I.

        [ ]    _____ at his/her earliest convenience.
                          Judicial Officer

COMMENTS:
_____
_____
_____
_____



# MEMORANDUM

**To:** Honorable Denny Chin
U.S. District Judge

**From:** Lisa Chan
U.S. Pretrial Services Officer

**Re:** Cannella, Stanley
07 CR 472

**Date:** January 14, 2008

---

The above-named defendant was arrested on June 19, 2007 and was charged with Health Care Fraud. He appeared before U.S. Magistrate Judge Douglas Eaton and was ordered released on a $75,000 personal recognizance bond cosigned by two financially responsible persons, travel restricted to the Southern and Eastern Districts of New York, surrender travel documents and no new applications, strict Pretrial Services supervision with drug and alcohol testing and treatment, participate in project hire as directed by PSA.

A memorandum was sent to Your Honor on July 21, 2007 advising that the defendant tested positive for cocaine twice and was subsequently referred to Tri Center Inc. for out-patient drug treatment. PSA recommended no action and Your Honor concurred.

Another memorandum was sent to Your Honor on August 9, 2007 advising that the defendant continued to test positive for cocaine and that PSA referred the defendant for 30 days inpatient drug treatment at Daytop Village, Rhinebeck, NY. We recommended no action and Your Honor concurred.

Since that time, the defendant has completed the 30 days of impatient treatment and was testing negative for all substances. However he recently tested positive for cocaine on January 7, 2008. He admitted using cocaine due to his upcoming sentence on 1/17/08. The defendant continues attend treatment and has been working as a day laborer. He was drug tested again on 1/9/08 and the results were negative for all substances tested.

Pretrial Services is recommending no action from the Court at this time given his pending sentence scheduled for January 17, 2008, however Pretrial Services will continue monitor the defendant and encourage compliance.

Reviewed by:

Regina M. Joyner
Supervising U.S. Pretrial Service Officer

Respectfully submitted,

Michael Fitzpatrick
Chief U.S. Pretrial Service Officer

Lisa Chan
U.S. Pretrial Service Officer

cc: Marc Laurence Greenwald, Defense Counsel
    William John Stellmach, Assistant U.S. Attorney